### 13855.    PERKINS v. THE STATE.

BROYLES, C. J.   1. Under the particular facts of the case, the court did not err in overruling the defendant's motion to disqualify the jurors empanneled at that term of the court.

2. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 14, 1922.